# AFFIDAVIT OF SERVICE

County: **New York**                                   State: **NY**

ERIK ANDERSON AND ROB LANDLEY                           CASE NO.: 07CV11070
PLAINTIFF

V.

VERIZON COMMUNICATIONS, INC.
DEFENDANT

I **STEPHEN YOUNG**, being duly sworn according to law depose and say that I am
*NAME OF PROCESS SERVER*
a competent adult not a party to the above referenced matter, and that on **DECEMBER 7, 2007** at **3:00 P.M.**
I personally served a true and correct attested copy of
**SUMMONS AND COMPLAINT**

at the following address:

**VERIZON COMMUNICATIONS, INC. 140 WEST STREET, NEW YORK, N.Y. 100**
*ADDRESS WHERE DEFENDANT SERVED*

**TERRY ROLDAN/LEGAL DEPARTMENT**
*NAME OF PERSON SERVED*

**SEX: FEMALE   RACE: HISPANIC   APPROX. HEIGHT: 5'0"   APPROX. AGE: 45-50
APPROX. WEIGHT: 145 LBS.**
*DESCRIPTION OF PERSON SERVED*

in the above captioned matter

Server _Stephen Young_
*SIGNATURE OF PROCESS SERVER*

State of New York
County of New York
Sworn to and subscribed before me
this 18th day of December 20 07

_Derrick Kuang_
NOTARY

DERRICK KUANG
Notary Public, State of New York
No. 01KU6138111
Qualified in New York County
COMMISSION EXPIRES 12/12/2009