SWAIN, T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------x
```

ERIK ANDERSEN, an individual;
ROB LANDLEY, an individual,

   Plaintiffs,

  v.

VERIZON COMMUNICATIONS INC, a
Delaware corporation,

   Defendant.
```
------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 2 1 2007

Case No. 07-CV-11070-LTS

**ORDER TO EXTEND TIME FOR
DEFENDANT TO FILE ANSWER**

IT IS HEREBY ORDERED that Defendant Verizon Communications Inc. has until January 18, 2008, to answer or otherwise respond to the Complaint filed on December 6, 2007 by Plaintiffs Erik Andersen and Rob Landley.

IT IS SO ORDERED.

DATED: 12/21/2007

            HON. LAURA TAYLOR SWAIN
            United States District Judge

Copies mailed / faxed to counsel / record 12/21/07
Chambers of Judge Swain