UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 07 CIV 11070 (LTS)

ERIK ANDERSON AND ROB LANDLEY

, Plaintiff(s)

- against -

VERIZON COMMUNICATIONS, INC

, Defendant(s)

State of New York    )
                     )  SS.:
County of New York   )

AFFIDAVIT OF SERVICE

Carlos Pichardo being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York. That on 12/20/2007 at 3:45 PM at:
    VERIZON COMMUNICATIONS
    140 WEST STREET
    NEW YORK NY 10007
Deponent served the:

INITITAL CONFERENCE ORDER

on VERIZON COMMUNICATIONS

a domestic and/or foreign corporation
by delivering thereat a true copy to Janet Donnelly
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Assistant and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 40   HEIGHT: 5'5''   WEIGHT: 130   HAIR: BLONDE   RACE: WHITE   SEX: FEMALE

SWORN TO BEFORE ME 12-27-07

*Carlos Pichardo*
Carlos Pichardo    Lic. #1273833

OUR DOC# 20228
Software Freedom Law Center
1995 Broadway
17th Floor
New York NY 10023
212-461-1911

Johnysha Santana
Notary Public, State of New York
No. 01SA6168179
Qualified in New York County
Commission Expires 06/11/2011