Swain, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 2 2 2008
```

------------------------------------------------------x

ERIK ANDERSEN, an individual;
ROB LANDLEY, an individual,

        Plaintiffs,

v.

VERIZON COMMUNICATIONS INC, a
Delaware corporation,

        Defendant.

------------------------------------------------------x

Case No. 07-CV-11070-LTS

**ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER**

IT IS HEREBY ORDERED that Defendant Verizon Communications Inc. has until February 18, 2008, to answer or otherwise respond to the Complaint filed on December 6, 2007 by Plaintiffs Erik Andersen and Rob Landley.

IT IS SO ORDERED.

DATED: 1/18/2008

HON. LAURA TAYLOR SWAIN
United States District Judge