UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ERIK ANDERSEN, an individual;
ROB LANDLEY, an individual,

        Plaintiffs,

    v.

VERIZON COMMUNICATIONS INC, a
Delaware corporation,

        Defendant.

------------------------------------------------------------x

Case No. 07-CV-11070-LTS

**ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER**

    IT IS HEREBY ORDERED that Defendant Verizon Communications Inc. has until February 27, 2008, to answer or otherwise respond to the Complaint filed on December 6, 2007 by Plaintiffs Erik Andersen and Rob Landley.

    IT IS SO ORDERED.

DATED: 2/19/2008

_____
HON. LAURA TAYLOR SWAIN
United States District Judge