

**SOFTWARE FREEDOM LAW CENTER**
1995 Broadway, 17th Floor
New York, NY 10023
212.580.0800
212.580.0898 fax
www.softwarefreedom.org

Daniel B. Ravicher
Legal Director
212.461.1902 direct
ravicher@softwarefreedom.org

USDC SDNY
DOCUMENT
ELECTRONICALLY...
FEB 2 6 2008

February 25, 2008

VIA FACSIMILE

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007
Fax: (212) 805-0426

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Re:  Andersen et al. v. Verizon Communications, Inc., 07-CV-11070: Request for Adjournment of Pre-Trial Conference

Dear Judge Swain:

Plaintiffs in the above captioned matter request an adjournment of the pre-trial conference currently scheduled for March 7, 2008, to on or after April 4, 2008, because the parties are actively working toward settlement and are hopeful that they will reach agreement on such in the immediate future. Counsel for Defendant has been consulted and consents to this request.

*The conference is adjourned to April 9, 2008 at 4:30pm and the related submission deadline is modified accordingly.*
*SO ORDERED.*
*2/25/2008*

Sincerely,

Daniel B. Ravicher, Esq. (DR-1498)

Attorneys for Plaintiffs
Erik Andersen and Rob Landley

cc:

Nick Pisano, Esq.
Jones Day
12265 El Camino Real, Suite 200
San Diego, CA 92130