UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

ERIK ANDERSEN, an individual;
ROB LANDLEY, an individual,

        Plaintiffs,

v.

VERIZON COMMUNICATIONS, INC, a
Delaware corporation,

        Defendant.

------------------------------------------------x

Case No. 07-CV-11070-LTS

**ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER**

IT IS HEREBY ORDERED that Defendant Verizon Communications Inc. has until March 14, 2008, to answer or otherwise respond to the Complaint filed on December 6, 2007 by Plaintiffs Erik Andersen and Rob Landley.

IT IS SO ORDERED.

DATED: February 27, 2008

HON. LAURA TAYLOR SWAIN
United States District Judge