UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

ERIK ANDERSEN, an individual;

ROB LANDLEY, an individual,

       Plaintiffs,　　　　　　　　Case No. 07-CV-11070-LTS

v.　　　　　　　　　　　　　**NOTICE OF VOLUNTARY DISMISSAL**

VERIZON COMMUNICATIONS, INC, a

Delaware corporation,

       Defendant.

-----------------------------------------------------x

    Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs Erik Andersen and Rob Landley hereby dismiss this action against defendant Verizon Communications Inc. WITH PREJUDICE, and without costs to any party.

DATED: New York, NY

    _____, 2008

                              SOFTWARE FREEDOM LAW CENTER

                              Daniel B. Ravicher, Esq. (DR1498)
                              1995 Broadway, 17th Floor
                              New York, NY 10023-5882
                              (212) 580-0800

                              *Attorneys for plaintiffs Erik Andersen and Rob Landley*

SO ORDERED:

3/17/2008

Hon. Laura Taylor Swain
United States District Judge